In the United States District Court
Eastern District of Louisiana

**18-1961 SECT. S MAG. 3**

United States of America

vs

Andre Patrick Staggers      Notice of Civil Suit

Comes now defendant Andre Patrick Staggers pro se, and hereby gives notice of filing a Civil suit against the New Orleans Field Division Drug Enforcement Agency. Holding liable in the suit the United States of America along with Special Agent Powell Morris and a host of other Drug Enforcement Agents whom violated my Constitutional Rights when my home was entered on Feb. 25th 2016 upon a Federal Search Warrant that was obtained by Agent Morris under false, and misleading statements issued to U.S. Judge Micheal North to create probable cause to search the premise.

    I'm asking that the Courts appoint me counsel to proceed with my suit due to my lack of law knowledge and also to exercise my rights to be represented by counsel

TENDERED FOR FILING

FEB 21 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully
Submitted
Andre P. Staggers A2078
P.O. Box 908
Covington, La. 70434

Andre Staggers #207B
P.O. Box 908
Covington, La. 70434

NEW ORLEANS LA 700
15 FEB 2018 PM 3 L

"ST. TAMMANY PARISH JAIL
NOT CENSORED"

Clerk's Office
U.S. District Court
Eastern District of La.
New Orleans, La. 70130

7013 3010 0000 5358 8995